**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
|       **Plaintiff/Garnishor,** | ) | |
| vs. | ) | Case No. CR-05-236-C |
| **JONI FIKE,** | ) | |
|       **Defendant,** | ) | |
| **and** | ) | |
| **COMPUTER SHARE, and its successors or assigns,** | ) | |
|       **Garnishee.** | ) | |

**ORDER FOR DISPOSITION OF GARNISHED FUNDS**

The United States of America caused a Writ of Garnishment to be issued to Computer Share, on July 25, 2008 (Doc. 60).  On August 22, 2008, Garnishee filed an Answer (Doc. 63 ).  On September 17, 2008, Magistrate Doyle Argo issued a Report and Recommendation, with objections due on or before October 7, 2008. A review of the court record demonstrates that no objection or request for a hearing has been filed by Defendant.

Garnishee is ordered to disburse all non-exempt monies and property of Defendant withheld since the date of service of the Writ and make all future payments and monies withheld under the continuing Writ payable to the U.S. District Court Clerk, U.S. Courthouse, 200 N.W. 4th, Suite 1210, Oklahoma City, OK 73102.

Garnishee is hereby ordered to liquidate the securities in each of those accounts and turnover all proceeds of the liquidation plus all cash held in those accounts to the U.S. District Court Clerk, U.S. Courthouse, 200 N.W. 4th, Suite 1210, Oklahoma City, OK 73102.

If in response to the Writ, Garnishee has submitted payments to the Court's registry deposit fund. The Court hereby directs the Court Clerk to disburse any funds paid into the Court's registry by Garnishee to the United States.

IT IS SO ORDERED this 9th day of October, 2008.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge